IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFFREY ROBERT MAYNARD,       )
        Petitioner,              )
                    )
                    )     2:07cv55
        v.                       )     Electronic Filing
                    )
J. BARRY JOHNSON, et al.,     )
        Respondents.             )

## MEMORANDUM ORDER

AND NOW, this **8** day of February 2007, after a petition for a writ of habeas corpus was filed by the petitioner, Jeffrey Robert Maynard, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Jeffrey Robert Maynard for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, as the petition is time-barred.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

David Stewart Cercone
United States District Judge

cc:    Honorable Robert C. Mitchell
       United States Magistrate Judge

       Jeffrey Robert Maynard
       DX-2206
       SCI at Pine Grove
       189 Fyock Road
       Indiana, PA 15701